**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 29, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00267-CV

## IN RE TURNER W. BRANCH AND THE BRANCH LAW FIRM L.L.P., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-34395**

## MEMORANDUM OPINION

On April 7, 2014, relators Turner W. Branch and the Branch Law Firm, L.L.P. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Alexandra Smoots-Hogan, presiding judge of the 164th District Court of Harris County, to vacate her (1) February 18, 2014 order denying

their motion quash subpoena and motion for protective order; and (2) April 2, 2014 order denying their motion for reconsideration.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also lift our stay entered on April 8, 2014.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.